UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEITH M. SMEATON,<br><br>    Defendant. | Case No. 83-cr-00213-SI-1<br><br>**JUDGMENT** |

The Court has dismissed defendant's 28 U.S.C. § 2255 motion because it lacks jurisdiction. Judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 3, 2018

SUSAN ILLSTON
United States District Judge