UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>    v.<br>KEITH M. SMEATON,<br>  Defendant. | Case No. 83-cr-00213-SI-1<br>Case No. 16-cr-6828 SI<br>**ORDER OF REFERRAL**<br>Re: Dkt. No. 95 |

In an order filed April 3, 2018, the Court denied defendant's *pro se* motion pursuant to 28 U.S.C. § 2255. The Court entered judgment the same day. Defendant did not file a notice of appeal.

On August 20, 2018, the Court received[1] various documents from Mr. Smeaton, including a motion for reconsideration of the April 3, 2018 order and, *inter alia*, a request that the undersigned recuse herself from this case due to bias.

Pursuant to Civil Local Rule 3-14, the Court REFERS the motion for recusal to the Clerk of the Court for reassignment to another judge. The Court will defer ruling on the other motions until resolution of the motion for recusal.

**IT IS SO ORDERED**.

Dated: August 21, 2018

SUSAN ILLSTON
United States District Judge

---

[1] Defendant has been e-mailing court personnel and attaching proposed filings. As the court personnel have informed defendant, it is improper to communicate with the court personnel in this manner, and any further filings by Mr. Smeaton must be either e-filed or mailed to the Clerk's Office. As a courtesy, court staff e-filed the documents attached to Mr. Smeaton's August 20, 2018 e-mail.